UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
     :
CARLTON KNOWLES, *on behalf of himself*  :
*and all other persons similarly situated*,   :
     :
                        Plaintiff,  :      24-CV-9146 (VSB)
     :
            -against-      :      **ORDER**
     :
WESTERN DIGITAL CORPORATION,  :
     :
                     Defendant.  :
    X
-----------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on November 27, 2024, (Doc. 1), and filed an affidavit of service on February 26, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was February 27, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 21, 2025. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 7, 2025
            New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge