UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :

CARLTON KNOWLES, *on behalf of himself and all other persons similarly situated*,

                                  Plaintiff,          24-CV-9146 (VSB)

                        -against-                **ORDER**

WESTERN DIGITAL CORPORATION,

                                 Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on November 27, 2024, (Doc. 1), and filed an affidavit of service on February 26, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was February 27, 2025. (*See id.*) On March 7, 2025, I directed Plaintiff to seek default judgment by no later than March 21, 2025. (Doc. 7.) I warned, "If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any action to prosecute this case.

       Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    April 15, 2025
             New York, New York

                                                              VERNON S. BRODERICK
                                                              United States District Judge